AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RAETTA A. HODGE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

CASE NO. C2-08-1179
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

        **Defendant.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 4, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.**

Date: March 4, 2010                              JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk